## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**MONTARIUS MONTRAEL SHABAZZ**

**v.**                                                    **Civil No. 1:22cv54-HSO**

**UNITED STATES**

**AND**

**UNITED STATES**

**v.**                                                    **Crim. No. 1:19cr52-HSO-RHW-1**

**MONTARIUS MONTRAEL SHABAZZ**

## **FINAL JUDGMENT**

For the reasons given in the Order denying Defendant Montarius Montrael Shabazz's Motion [69] and Amended Motion [72] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED** that, this case is dismissed.

**SO ORDERED AND ADJUDGED**, this the 8th day of April, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE